~~Steven G. Rosales~~
~~Attorney at Law: 222224~~
~~Law Offices of Lawrence D. Rohlfing~~
~~12631 East Imperial Highway, Suite C-115~~
~~Santa Fe Springs, CA 90670~~
~~Tel.: (562)868-5886~~
~~Fax: (562)868-8868~~
~~E-mail: rohlfing.office@rohlfinglaw.com~~

~~Attorneys for Plaintiff~~
~~Wakesha L Rivers~~

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAKESHA L RIVERS, | ) Case No.: 2:13-cv-05972-AN |
| | ) |
| Plaintiff, | ) {PROPOSED} ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3530.43 as authorized by 28 U.S.C. § 2412, be awarded.

DATE:    November 18, 2014

_____
THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-